**Julius D. WEATHERS, Petitioner–Appellant,**

v.

**Robert M. STEVENSON, III, Respondent–Appellee.**

No. 10–6498.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2010.

Decided: July 1, 2010.

Julius D. Weathers, Appellant Pro Se. Donald John Zelenka, Deputy Assistant Attorney General, Samuel Creighton Waters, Assistant Attorney General, Columbia, South Carolina, for Appellee.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julius D. Weathers appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Weathers v. Stevenson,* No. 2:09–cv–01999–TLW, 2010 WL 935196 (D.S.C. Mar. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*